| | |
|---|---|
| PITE DUNCAN, LLP<br>STEVEN W. PITE (NV Bar #008226)<br>EDDIE R. JIMENEZ (NV Bar #10376)<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117<br>Telephone: (702) 413-9692<br>Facsimile: (619) 590-1385<br>E-mail: ecfnvb@piteduncan.com<br><br>ABRAMS & TANKO, LLLP<br>MICHELLE L. ABRAMS (NV Bar #005565)<br>3085 S. Jones Blvd., Suite C<br>Las Vegas, NV 89146 | E-Filed on 3/26/09 |

Attorneys for   GMAC MORTGAGE, LLC, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SALVADOR LEON GARCIA,<br><br>Debtor(s). | Bankruptcy Case No. BK-N-09-50616-gwz<br><br>Chapter 13<br><br>GMAC MORTGAGE, LLCS REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL

INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC Mortgage, LLC, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

>EDDIE R. JIMENEZ
>PITE DUNCAN, LLP
>4375 Jutland Drive
>Suite 200
>San Diego, CA 92117

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: March 26, 2009

/s/ Eddie R. Jimenez
4375 Jutland Drive
Suite 200
San Diego, CA 92117
(702) 413-9692
NV Bar #10376
Attorney for GMAC MORTGAGE, LLC, its successors and/or assigns

-2-

3148016.wpd

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on March 26, 2009.

Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Salvador Leon Garcia
Maria Teresita Garcia
3251 Platte River Court
Reno, NV 89503

Harold C. Comanse
200 S. Virginia Street 8th Floor
Reno, NV 89501

William A. Van Meter
P.O. Box 6630
Reno, NV 89513

U.S. Trustee
Department of Justice
300 Booth Street, Room 1109
Reno, NV 89509

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2009, at San Diego, California.

/s/ Mary K. Arnold